**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| In Re:<br><br>David Laurence Long,<br>      Debtor. | Case No. 25-10298<br><br>Chapter 13<br><br>Judge Brian F. Kenney |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

  You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

  You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826,
Greenville, South Carolina 29603-0826

            Respectfully submitted,
            Bonial & Associates, P.C.


            /s/ Paul W. Cervenka
            Paul W. Cervenka
            14841 Dallas Parkway, Suite 350
            Dallas, Texas 75254
            (972) 643-6600
            (972) 643-6698 (Telecopier)
            E-mail: POCInquiries@BonialPC.com
            Authorized Agent for NewRez LLC d/b/a
            Shellpoint Mortgage Servicing

**CERTIFICATE OF SERVICE OF REQUEST FOR SERVICE OF NOTICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before February 21, 2025 via U.S. Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                          *Via U.S. Mail*
David Laurence Long
42666 Frontier Dr
Ashburn, VA 20148


                                    Respectfully Submitted,

                                    /s/ Paul W. Cervenka
                                    Paul W. Cervenka