## United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  25−10298−BFK
**Chapter**  13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Laurence Long
42666 Frontier Dr
Ashburn, VA 20148

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−9028

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

### NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO
### LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
### AND
### LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS;
### AND HEARING THEREON

**TO:     DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on February 19, 2025. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  March 5, 2025**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

**All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Statement of Your Current Monthly Income and Calculation of Commitment Period**
**Chapter 13 Plan**
**Declaration About an Individual Debtor's Schedules and Attorney Fee Disclosure**

If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314*
*Date: March 20, 2025*
*Time: 01:30 PM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date:   February 20, 2025

/s/   Lilian Del Transito Palacios
Deputy Clerk
Direct Dial Telephone No. 703−258−1217

[10071_30152vJun2023.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                                    Case No. 25-10298-BFK

David Laurence Long                                                                          Chapter 13

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 | User: LilianPal | Page 1 of 2
Date Rcvd: Feb 20, 2025 | Form ID: both215 | Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Laurence Long, 42666 Frontier Dr, Ashburn, VA 20148-7207 |
| 16641483 | + | Brambleton Community Assn, c/o Chadwick Washington, 3201 Jermantown Rd #600, Fairfax, VA 22030-2879 |
| 16641484 | + | Brigitte Long, 10914 Ted Barclay Ln, Bristow, VA 20136-1396 |
| 16641490 | + | Loudoun County Treasurer, PO Box 1000, Leesburg, VA 20177-1000 |
| 16641494 | + | NOVEC, PO Box 34734, Alexandria, VA 22334-0734 |
| 16641503 | + | Whitbeck Bennett, 120 Edwards Ferry Rd NE, Leesburg, VA 20176-2340 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16641482 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 21 2025 03:15:18 | Ally Bank, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 16641485 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2025 03:30:56 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16641486 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 21 2025 01:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16641487 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 21 2025 01:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302 |
| 16641488 | | Email/Text: bankruptcy@selectmgmt.com | Feb 21 2025 01:04:00 | LoanMax, 3440 Preston Ridge Rd Ste 500, Alpharetta, GA 30005 |
| 16641489 | | Email/Text: logsecf@logs.com | Feb 21 2025 01:04:00 | LOGS Legal Group LLP, 10130 Perimeter Parkway Ste 400, Charlotte, NC 28216 |
| 16641491 | + | Email/Text: dguntle@loudounwater.org | Feb 21 2025 01:04:00 | Loudoun Water, PO Box 4000, 44865 Loudoun Water Way, Ashburn, VA 20147-6109 |
| 16641492 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Feb 21 2025 01:04:00 | Medicredit, PO Box 505600, Saint Louis, MO 63150-5600 |
| 16641493 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2025 01:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16641495 | + | Email/Text: bkrgeneric@penfed.org | Feb 21 2025 01:03:00 | PenFed Credit Union, Box 1432, Alexandria, VA 22313-1432 |
| 16641496 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 21 2025 03:46:25 | Premier Bankcard, LLC, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16641497 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 21 2025 01:03:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 16641498 | + | Email/PDF: HCABKNotifications@resurgent.com | Feb 21 2025 03:31:10 | StoneSprings Hospital Center, 24440 Stone Springs Blvd, Sterling, VA 20166-2247 |
| 16641499 | + | Email/Text: bankruptcy@dss.virginia.gov | Feb 21 2025 01:04:00 | VA Department of Social Serv, Division of Child Suppt Enf., PO Box 550, Richmond, VA 23218-0550 |

District/off: 0422-9 | User: LilianPal | Page 2 of 2
Date Rcvd: Feb 20, 2025 | Form ID: both215 | Total Noticed: 23

| 16641500 | + Email/Text: va_tax_bk@harriscollect.com | | |
| | | Feb 21 2025 01:04:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 16641501 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 21 2025 01:03:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 16641502 | + Email/Text: Bankruptcy@washgas.com | | |
| | | Feb 21 2025 01:04:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel M. Press | on behalf of Debtor David Laurence Long dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 3