# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: <br> David Laurence Long, <br><br>       Debtor(s).      / | Case No.: 25-10298-BFK <br><br> Chapter 13 <br><br> Judge: Brian F. Kenney |

### REQUEST FOR NOTICE

**COMES NOW,** Christopher Giacinto of Padgett Law Group, and files this Request for Notice on behalf of Goldman Sachs Mortgage Company, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the address below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

      **DATED**: March 5, 2025

                      Respectfully submitted,

                      /S/ Christopher Giacinto
                      PADGETT LAW GROUP
                      6267 Old Water Oak Road, Suite 203
                      Tallahassee, FL 32312
                      (850) 422-2520 (telephone)
                      (850) 422-2567 (facsimile)
                      plginquiries@padgettlawgroup.com
                      *Authorized Agent for Creditor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**In Re:**
**David Laurence Long,**                 Case No.: 25-10298-BFK
       **Debtor(s)**                       Chapter: 13

**CERTIFICATE OF SERVICE**

I, hereby certify that on March 5, 2025, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**
*Debtor 1*
**David Laurence Long**
**42666 Frontier Dr**
**Ashburn, VA 20148**

**By Electronic Mail**

*Attorney for Debtor*
**Daniel M. Press - dpress@chung-press.com**

*Trustee*
**Thomas P. Gorman - ch13alex@gmail.com**

                                         /s/ Christopher Giacinto
                                           Christopher Giacinto