**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Alexandria_____ Division

In re David Laurence Long

Case No. 25-10298-BFK

Debtor(s)    Chapter 13

**ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES
AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE;
AND HEARING THEREON**

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements.  Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to _____March 20, 2025_____.

**3**. **the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to _____March 17, 2025_____ for filing all lists, schedules and statements.

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing.  The hearing will be held:

*Date*:  April 3, 2025
*Time*:  1:30 p.m.
*Location*: U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA  22314

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time.  The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

CHARRI S. STEWART
Clerk of Court

Date:  March 6, 2025    By /s/ Natalia Newbold
                                Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
March 6, 2025

[oex13ps ver. 01/25]

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 25-10298-BFK
David Laurence Long  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9  User: NataliaNe  Page 1 of 3
Date Rcvd: Mar 06, 2025  Form ID: pdford6  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Laurence Long, 42666 Frontier Dr, Ashburn, VA 20148-7207 |
| 16641483 | + | Brambleton Community Assn, c/o Chadwick Washington, 3201 Jermantown Rd #600, Fairfax, VA 22030-2879 |
| 16641484 | + | Brigitte Long, 10914 Ted Barclay Ln, Bristow, VA 20136-1396 |
| 16641490 | + | Loudoun County Treasurer, PO Box 1000, Leesburg, VA 20177-1000 |
| 16641494 | + | NOVEC, PO Box 34734, Alexandria, VA 22334-0734 |
| 16641503 | + | Whitbeck Bennett, 120 Edwards Ferry Rd NE, Leesburg, VA 20176-2340 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16641482 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2025 01:56:05 | Ally Bank, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 16652645 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2025 01:55:16 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16641485 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 02:06:39 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16643469 | + | Email/Text: va_tax_bk@harriscollect.com | Mar 07 2025 01:50:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 16641486 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 07 2025 01:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16641487 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 07 2025 01:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302 |
| 16641488 | | Email/Text: bankruptcy@selectmgmt.com | Mar 07 2025 01:48:00 | LoanMax, 3440 Preston Ridge Rd Ste 500, Alpharetta, GA 30005 |
| 16641489 | | Email/Text: logsecf@logs.com | Mar 07 2025 01:48:00 | LOGS Legal Group LLP, 10130 Perimeter Parkway Ste 400, Charlotte, NC 28216 |
| 16641491 | + | Email/Text: dguntle@loudounwater.org | Mar 07 2025 01:50:00 | Loudoun Water, PO Box 4000, 44865 Loudoun Water Way, Ashburn, VA 20147-6109 |
| 16641492 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Mar 07 2025 01:50:00 | Medicredit, PO Box 505600, Saint Louis, MO 63150-5600 |
| 16641493 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2025 01:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16644000 | | Email/Text: mtgbk@shellpointmtg.com | Mar 07 2025 01:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 16641495 | + | Email/Text: bkrgeneric@penfed.org | Mar 07 2025 01:46:00 | PenFed Credit Union, Box 1432, Alexandria, VA 22313-1432 |
| 16641496 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

|  |  |  | Mar 07 2025 01:38:11 | Premier Bankcard, LLC, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| --- | --- | --- | --- | --- |
| 16641497 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 07 2025 01:47:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 16652644 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2025 01:37:57 | Stone Springs Hospital Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 16641498 | + | Email/PDF: HCABKNotifications@resurgent.com | Mar 07 2025 01:37:52 | StoneSprings Hospital Center, 24440 Stone Springs Blvd, Sterling, VA 20166-2247 |
| 16641499 | + | Email/Text: bankruptcy@dss.virginia.gov | Mar 07 2025 01:49:00 | VA Department of Social Serv, Division of Child Suppt Enf., PO Box 550, Richmond, VA 23218-0550 |
| 16641500 | + | Email/Text: va_tax_bk@harriscollect.com | Mar 07 2025 01:50:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 16641501 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 07 2025 01:46:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 16641502 | + | Email/Text: Bankruptcy@washgas.com | Mar 07 2025 01:49:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Belkys Escobar | on behalf of Creditor County of Loudoun VA belkys.escobar@loudoun.gov, bankrupt@loudoun.gov;Nicole.Rodriguez@loudoun.gov;Ann.McCafferty@loudoun.gov |
| Bradley M. Barna | on behalf of Creditor Brambleton Community Association bbarna@chadwickwashington.com |
| Christopher Giacinto | on behalf of Creditor Goldman Sachs Mortgage Company Chris.Giacinto@padgettlawgroup.com bkecf@padgettlawgroup.com;chris.giacinto@ecf.courtdrive.com |
| Daniel M. Press | on behalf of Debtor David Laurence Long dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | |

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 3 of 3 |
| Date Rcvd: Mar 06, 2025 | Form ID: pdford6 | Total Noticed: 27 |

    ustpregion04.ax.ecf@usdoj.gov

Paul Wilfred Cervenka

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Thomas P. Gorman

    ch13alex@gmail.com tgorman26@gmail.com

TOTAL: 7