## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## (ALEXANDRIA DIVISION)

### Omnibus Substitution of Counsel and Notice of Appearance

Attorney Belkys Escobar hereby withdraws her appearance as counsel of record for the County of Loudoun, Virginia in the bankruptcy cases listed on the attached Exhibit A.

Attorney Tina P. Estevao hereby enters their appearance as counsel of record for the County of Loudoun, Virginia in the bankruptcy cases listed on the attached Exhibit A and requests that they be placed upon the mailing list of those creditors, parties in interest, and counsel who receive all notices in these proceedings.

Dated: April 2, 2025

By: /s/ Belkys Escobar
Belkys Escobar (VSB No. 74866)

AND

By: _____
Tina P. Estevao (VSB No. 89150)
Sr. Assistant County Attorney
One Harrison Street, S.E., 5th Floor *(Deliveries only)*
P.O. Box 7000 *(U.S. mail only)*
Leesburg, Virginia 20177-7000
Telephone: (703) 777-0307
Facsimile: (703) 771-5025
Tina.Estevao@Loudoun.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Substitution of Counsel was served on April 2, 2025 through the Court's CM/ECF electronic filing system to the parties in the cases listed in the attached Exhibit A.

By: /s/ Belkys Escobar
Belkys Escobar (VSB No. 74866)

AND

By: _____
Tina P. Estevao (VSB No. 89150)
Sr. Assistant County Attorney
One Harrison Street, S.E., 5th Floor *(Deliveries only)*
P.O. Box 7000 *(U.S. mail only)*
Leesburg, Virginia 20177-7000
Telephone: (703) 777-0307
Facsimile: (703) 771-5025
Tina.Estevao@Loudoun.gov

**ALEXANDRIA DIVISION ONLY**

## Exhibit A

| Case No. | Debtor/Case Title |
|---|---|
| 08-17324-BFK | Cryptek, Inc. |
| 20-11789-KHK | Keith Alan Bryan and Dorri Allyson Bryan |
| 21-11993-BFK | Vernon Milo Hardy |
| 21-11994-BFK | Vicky Chansamone Thammavongsa |
| 22-10172-BFK | Mehrzad J Rahmat |
| 22-10801-BFK | Rodney Adachi |
| 22-10820-BFK | Sohail Naseer Channan |
| 22-10839-KHK | Teresa Dahmer |
| 22-10902-KHK | Kevin Moore |
| 22-10978-BFK | Marian L Stiffler |
| 22-11051-BFK | Cecilia A Ragland |
| 22-11069-KHK | Quantosha Crawford Woodard |
| 22-11098-KHK | Kelly J White and Amporn White |
| 22-11197-KHK | Grover Vladimir Capriles Almaraz |
| 22-11232-KHK | John S Branche and Natacha Branche |
| 22-11325-KHK | Clive William Dunston, III and Debra Faye Dunston |
| 22-11433-KHK | Paul W. Nyberg |
| 22-11445-KHK | Benjie R Haarberg |
| 22-11466-BFK | Daesung Ji |
| 22-11489-BFK | Chad Charles |
| 22-11501-KHK | Harold Edgar Campbell, III |
| 22-11591-BFK | Jennifer Lynn Koppenhaver-Benitez |
| 22-11665-KHK | Daniel W. McMillen |
| 22-11708-BFK | QuYahni Belle Denise |
| 23-10041-BFK | Christopher Gerald Moorhead |
| 23-10113-BFK | Ana Lissett Mann |
| 23-10140-KHK | Mary K Goode |
| 23-10280-KHK | Dexter Kelvin Shelton |
| 23-10333-BFK | Douglas Francisco Mejia |
| 23-10890-BFK | Nestor David Gotay Umana |
| 23-10896-KHK | Abtin Vaziri |
| 23-10981-KHK | Anne Sunshine Roberts |
| 23-10997-KHK | Zaina Marie Brown |
| 23-11068-KHK | Trung H. Tran |
| 23-11078-KHK | Patrick Danyell Miller |

**ALEXANDRIA DIVISION ONLY**

**Exhibit A**

| | |
|---|---|
| 23-11177-BFK | Thuan Minh Tu |
| 23-11261-BFK | Valeria V. Gunkova |
| 23-11295-KHK | Marc Alexander Colburn |
| 23-11306-BFK | Brian Doyle and Christina M. Doyle |
| 23-11381-BFK | Mohamed H. El-Sharkawi |
| 23-11588-BFK | Saira I. Athie |
| 23-11672-BFK | Logan Thomas White and Christina Ellen White |
| 23-11705-KHK | Jose Osmin Figueroa Orellana and Yanira Roxana Calzadilla Castro |
| 23-11709-KHK | Pedro Emilio Novoa Estrada |
| 23-11876-BFK | Kamal Mostofa |
| 23-11976-KHK | Avitecture, Inc. |
| 23-11983-KHK | 25350 Pleasant Valley LLC |
| 23-11992-BFK | Claudia Lynn Davis |
| 24-10010-KHK | Hassan Niakan |
| 24-10145-KHK | Rupinder Singh |
| 24-10236-BFK | Carl Balmir |
| 24-10306-KHK | Neil Alan Metzger |
| 24-10323-BFK | Ricardo M Gamarra |
| 24-10352-KHK | Tomas-Roman K Perlas |
| 24-10374-KHK | Nail Mahmood Miakhel |
| 24-10375-BFK | Juan Diego Benitez |
| 24-10386-KHK | Michael Allen McCormick |
| 24-10706-KHK | Paul Charles Baroody |
| 24-10781-KHK | Merlee Charife Gosselin |
| 24-10870-KHK | Steve Min Cho |
| 24-10913-BFK | Edina Marianna Bazzacco and Robert Bazzacco |
| 24-10958-BFK | Valerie Lynn Cooley-Elliott |
| 24-11012-BFK | Mildress B. Goss and Clifton W. Goss |
| 24-11041-BFK | George K Tassiopoulos and Gregoira E Arias |
| 24-11069-KHK | Muhannad Fowzi Jweinat |
| 24-11081-BFK | Melissa Leslie Bennett |
| 24-11096-KHK | BriteWash Auto Wash I, LLC |
| 24-11132-KHK | John Nguyen and Phuong Thu Thi Nguyen |
| 24-11135-BFK | Melissa Marie Bloom |
| 24-11178-KHK | Crystal Blue Aquatics, LLC |
| 24-11191-BFK | Sira Canarejo Perez-Visona |

**ALEXANDRIA DIVISION ONLY**

**Exhibit A**

| | |
|---|---|
| 24-11197-BFK | Sophea Wentz |
| 24-11199-KHK | Hany Paul Ezzat Haddad |
| 24-11256-KHK | Farai Michael Sikipa |
| 24-11293-BFK | Tommy James Allen, Jr. and Lanese Lashawn Allen |
| 24-11360-BFK | Jeffrey Paul Benson |
| 24-11462-KHK | Anil Dhondi |
| 24-11496-BFK | Mehmet Emin Bilgin |
| 24-11517-BFK | Daniel G. Knupp |
| 24-11529-KHK | Akhtar Rasool |
| 24-11626-BFK | Jeannette V. Barrett |
| 24-11679-BFK | Eric Matthew Whitehead and Natalie Ann Whitehead |
| 24-11709-KHK | David Lawrence Munday |
| 24-11715-KHK | Michael Charles Kleder |
| 24-11954-BFK | Juan Angel Cabrera |
| 24-11959-KHK | Paul David Schultz |
| 24-11984-KHK | MDM Restoration Inc. |
| 24-12038-BFK | Ericka N Cox |
| 24-12104-BFK | Saiin Nguyen |
| 24-12122-KHK | Jalal Swessi |
| 24-12125-KHK | William Bessette |
| 24-12153-BFK | Serhat Beyaz |
| 24-12156-KHK | Shadan Ettehad |
| 24-12163-KHK | Mayra Lissbeth Moino |
| 24-12175-KHK | WML Enterprises, LLC |
| 24-12182-BFK | John Wade Bell, IV |
| 24-12232-KHK | Joshua Daniel Wallace |
| 24-12242-BFK | Laurence Edward Fletcher |
| 24-12341-KHK | David Mimm Roques |
| 24-12344-BFK | Julie Lynn Wharton |
| 24-12371-BFK | David Torres Espada and Cecilia De Lost Angeles Ortiz |
| 24-12399-BFK | C V Trucking Company |
| 24-12410-BFK | Abdelmohsen Abdelazim Mohamed |
| 25-10033-BFK | Balbir Singh Baath and Hardeep Kaur |
| 25-10036-BFK | Franklin Eliseo Guzman and Erica Berry Guzman |
| 25-10096-BFK | Damaris Crosbie |
| 25-10112-BFK | Ilona Eden |
| 25-10126-KHK | Luis Rivera |

**ALEXANDRIA DIVISION ONLY**

**Exhibit A**

| | |
|---|---|
| 25-10145-BFK | Belly Rubs Pet Care, LLC |
| 25-10206-KHK | Fernando Augusto Rivera Moscoso |
| 25-10223-KHK | Ajmal Samsor |
| 25-10242-KHK | Stuart Mark Saltzman |
| 25-10270-BFK | Carlos A Alarcon |
| 25-10282-KHK | Manuel Antonio Cerritos Membreno |
| 25-10283-BFK | Joshua Loren Suckiel |
| 25-10298-BFK | David Laurence Long |
| 25-10303-BFK | Edwin Ferreira |
| 25-10304-BFK | Audrie Christine M Kretzing and James Allison Kretzing |
| 25-10305-KHK | Kojo Nketsiah |
| 25-10310-KHK | Jonah Ghassan Abboud |
| 25-10313-BFK | Deidre Catherine Huntington |
| 25-10325-BFK | Fernando Antonio Mejia |
| 25-10397-KHK | Eugene Walter Fisher and Germaine Damper Fisher |
| 25-10411-BFK | Evelyn Liseth Mejia Rodriguez |
| 25-10430-KHK | Naveed Ahmad Malik |
| 25-10463-BFK | BNG Group, LLC |
| 25-10491-KHK | Catherine Akbarieh |
| 25-10511-BFK | Alfreda J. Smith |