**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In the Matter of:

DAVID LAURENCE LONG

Chapter 13

Case No. 25-10298-BFK

Debtor

## MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. §109(e) –** Lack of Regular Income

- Schedules I/J show Debtor's expenses exceed his income by $5,836.97/month. The "income" Debtor had as of the Petition Date ($700.66/month from Uber) is less than the $2,721.33/month mortgage payments shown at line 4 of Schedule J. Debtor therefore does not have "regular income" as defined by 11 U.S.C. §101(30) as of the Petition date.

**Violation of 11 U.S.C. §1307(c) –** Lack of Good Faith and Unreasonable Delay

- Debtor has the following prior case history, which history gives question as to whether filing a new case at a time when he was only marginally employed and had negative disposable income was a good faith filing.

    **19-13938-BFK** David Lawrence Long
    **Case type:** bk **Chapter:** 7  **Date filed:** 12/02/2019 **Debtor discharged:** 03/10/2020

    **21-11113-KHK** David Laurence Long
    **Case type:** bk **Chapter:** 13  **Date filed:** 06/21/2021
    **Plan confirmed:** 10/15/2021 **Debtor dismissed:** 02/03/2023
    Dismissed due to material default

    **23-10822-KHK** David Laurence Long
    **Case type:** bk **Chapter:** 13 **Date filed:** 05/16/2023
    **Plan confirmed:** 10/02/2023 **Debtor dismissed:** 01/25/2024 Dismissed with **PREJUDICE.** Barred from filing for 180 days.

**Notice and Motion to Dismiss**
DAVID LAURENCE LONG, Case #25-10298-BFK

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

***Attend the hearing to be held on May 8, 2025 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __April 3 2025 _____           __/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman
                                      Chapter 13 Trustee
                                      1414 Prince Street, Suite 202
                                      Alexandria, VA 22314
                                      (703) 836-2226
                                      VSB 26421

**Notice and Motion to Dismiss**
DAVID LAURENCE LONG, Case #25-10298-BFK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of April 2025, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| David Laurence Long | Daniel M. Press, Esquire |
| Chapter 13 Debtor | Attorney For Debtor |
| 42666 Frontier Dr | Chung & Press, P.C. |
| Ashburn, VA 20148 | 6718 Whittier Ave. Ste. 200 |
| | Mclean, VA 22101 |

                                          ___/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman