**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

DAVID LAURENCE LONG

Debtor

Chapter 13

Case No. 25-10298-BFK

**OBJECTION TO CONFIRMATION OF PLAN,
NOTICE OF OBJECTION TO CONFIRMATION OF PLAN
AND
NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed March 20, 2025. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(3)** – Good Faith-

- As is set forth in Trustee's Motion to Dismiss (Dkt. # 23) Debtor's prior case history coupled with his unfavorable financial situation at the time of this latest filing, suggest that the case and therefore this Plan, were not filed in good faith.

**Violation of 11 U.S.C. §1325(a)(6)** – Feasibility

- Debtor's monthly disposable income does not support the proposed Plan payments. Schedules I/J show Debtor's expenses exceed his income by $5,836.97/month.
- Secured creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing has not filed a Proof of Claim but asserts in their Objection to Confirmation (Dkt. # 21) a per-petition arrearage of $38,913.29. The Plan only provides for a $30,000 pre-petition arrearage.
- 100% Plan appears to be underfunded as follows:

**FEASIBILITY:**

| | | |
|---|---|---:|
| | **Net Monthly Income** | |
| | Of debtor | 700.66 |
| | Of debtor spouse | |
| | Other | |
| | **Total Monthly Income** | 700.66 |
| | **Less Monthly Operating Expenses** | 6,537.63 |
| | **Available for Plan Payment** | -5,836.97 |

**Notice of Objection To Confirmation**
David Laurence Long, Case # 25-10298-BFK

| | | | | |
|---|---|---|---:|---:|
| **PERFORMANCE** | Amount of Plan Payment | | 200.00 | 100x2 |
| | | | 106,720.00 | 1,840x58 |
| | Total Number of Months | | 60 | |
| | **Total Receipts** | | | 106,920.00 |
| | **Disbursements Required** | | | |
| | Trustee | | 10,359.61 | 10.00% |
| | Attorney | | 6,750.00 | |
| | Taxes/DSO | | 38,997.29 | |
| | Secured | | 39,400.00 | |
| | Unsecured | | 18,448.76 | |
| | Other | | | |
| | **Total Disbursements** | | | 113,955.66 |

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

***Attend the hearing to be held on May 8, 2025 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

**Notice of Objection To Confirmation**
David Laurence Long, Case # 25-10298-BFK

      If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _April 7, 2025_____            ___/s/ Thomas P. Gorman_____
                                                        Thomas P. Gorman
                                                        Chapter 13 Trustee
                                                        1414 Prince Street, Suite 202
                                                        Alexandria, VA 22314
                                                        (703) 836-2226
                                                        VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of April, 2025, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| David Laurence Long | Daniel M. Press, Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 42666 Frontier Dr | Chung & Press, P.c. |
| Ashburn, VA 20148 | 6718 Whittier Ave. Ste. 200 |
| | Mclean, VA 22101 |

                                                        __/s/ Thomas P. Gorman_____
                                                        Thomas P. Gorman