**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>DAVID LAURENCE LONG<br><br>Debtor | Chapter 13<br><br>Case No. 25-10298-BFK |

### AMENDED OBJECTION TO CONFIRMATION OF PLAN,

Thomas P. Gorman, Chapter 13 Trustee, has filed this amended[1] objection to confirmation of your Chapter 13 Plan filed March 20, 2025. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(3)** – Good Faith-
1. As is set forth in Trustee's Motion to Dismiss (Dkt. #23) Debtor's prior case history coupled with his unfavorable financial situation at the time of this latest filing, suggest that the case and therefore this Plan, were not filed in good faith.

**Violation of 11 U.S.C. §1325(a)(6)** – Feasibility-
1. Debtor's monthly disposable income does not support the proposed Plan payments. Schedules I/J show Debtor's expenses exceed his income by %5,836.97/month.
2. Secured creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing has filed a claim (Claim #8) that asserts a pre-petition arrearage of $38,913.29. The Plan only provides for a $30,000 pre-petition arrearage.
3. Secured creditor Brambleton Community Association filed a claim (Claim #10) that asserts a pre-petition arrearage of $6,083.70. This is not provided for in the Plan.
4. 100% Plan appears to be underfunded as follows:

| | | |
|---|---|---:|
| **FEASIBILITY:** | **Net Monthly Income** | |
| | Of debtor | 700.66 |
| | Of debtor spouse | |
| | Other | |
| | **Total Monthly Income** | 700.66 |
| | **Less Monthly Operating Expenses** | 6,537.63 |
| | **Available for Plan Payment** | -5,836.97 |

---

[1] This objection to Confirmation is being amended to: reflect that NewRez has filed a Proof of Claim, add #3, and update the numbers of the Plan Performance to reflect filed Claims.

**Notice of Objection To Confirmation**
David Laurence Long, Case # 25-10298-BFK

| | | | |
|---|---|---:|---:|
| **PERFORMANCE** | Amount of Plan Payment | 200.00 | 100x2 |
| | | 106,720.00 | 1,840x58 |
| | Total Number of Months | 60 | |
| | **Total Receipts** | | 106,920.00 |
| | **Disbursements Required** | | |
| | Trustee | 12,258.58 | 10.00% |
| | Attorney | 6,750.00 | |
| | Taxes/DSO | 46,388.38 | |
| | Secured | 47,968.43 | |
| | Unsecured | 21,478.95 | |
| | Other | | |
| | **Total Disbursements** | | 134,844.34 |

Date: _April 30, 2025_____        ___/s/ Thomas P. Gorman_____
                                   Thomas P. Gorman
                                   Chapter 13 Trustee
                                   1414 Prince Street, Suite 202
                                   Alexandria, VA 22314
                                   (703) 836-2226
                                   VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of April, 2025, served via ECF authorized users or mailed a true copy of the foregoing Amended Objection to Confirmation, to the following parties.

David Laurence Long            Daniel M. Press, Esquire
Chapter 13 Debtor              Attorney for Debtor
42666 Frontier Dr              Chung & Press, P.C.
Ashburn, VA 20148              6718 Whittier Ave. Ste. 200
                               Mclean, VA 22101


                                   ___/s/ Thomas P. Gorman_____
                                   Thomas P. Gorman