

# Exhibit A

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

May 01, 2025

Case Number: 0005304734
Date Range Selected: 05/01/2024 to 05/01/2025

| | |
|---|---|
| Case Number: | 0005304734 |
| Parent Paying Support: | LONG, DAVID LAURENCE - 0005304747 |
| Parent/Custodian Receiving Support: | LONG, BRIGITTE NICOLE - 0005304744 |
| Last Payment Date: | 07/01/2024 |

| Order Information ||||
|---|---|---|---|
| Support Type | Current Support Charge | Charge Frequency | Start Date | Next Charge Date |
| Child Support | 756.00 | MONTHLY | 10/01/2019 | 05/01/2025 |

| Balance Information | | | | |
|---|---|---|---|---|
| | Owed To ||| Total |
| | Parent/Custodian Receiving Support | Virginia | Other | |
| Arrears | 6,743.86 | 0.00 | 0.00 | 6,743.86 |
| Interest | 133.60 | 0.00 | 0.00 | 133.60 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Subtotal | 6,877.46 | 0.00 | 0.00 | 6,877.46 |
| Unpaid Current Support Charge | 756.00 | 0.00 | 0.00 | 756.00 |
| Total | 7,633.46 | 0.00 | 0.00 | 7,633.46 |

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

# Virginia DCSE Payment Record

May 01, 2025

Case Number: 0005304734

Date Range Selected: 05/01/2024 to 05/01/2025

| | Payment Record Detail | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Support Type(s) Selected: Child Support | | | | Transactions | | Balances | | | |
| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
| 05/01/2025 | | | | 756.00 | | | 6,743.86 | 133.60 | 0.00 | 6,877.46 |
| 04/01/2025 | 756.00 | | | 756.00 | | | | | | 6,877.46 |
| 04/01/2025 | | | | 0.00 | | EOM BAL | 6,743.86 | 133.60 | 0.00 | 6,877.46 |
| 04/01/2025 | | | | -756.00 | | EOM | +756.00 | +29.93 | | |
| 03/01/2025 | 756.00 | | | 756.00 | | | | | | 6,091.53 |
| 03/01/2025 | | | | 0.00 | | EOM BAL | 5,987.86 | 103.67 | 0.00 | 6,091.53 |
| 03/01/2025 | | | | -756.00 | | EOM | +756.00 | +26.15 | | |
| 02/01/2025 | 756.00 | | | 756.00 | | | | | | 5,309.38 |
| 02/01/2025 | | | | 0.00 | | EOM BAL | 5,231.86 | 77.52 | 0.00 | 5,309.38 |
| 02/01/2025 | | | | -756.00 | | EOM | +756.00 | +22.37 | | |
| 01/01/2025 | 756.00 | | | 756.00 | | | | | | 4,531.01 |
| 01/01/2025 | | | | 0.00 | | EOM BAL | 4,475.86 | 55.15 | 0.00 | 4,531.01 |
| 01/01/2025 | | | | -756.00 | | EOM | +756.00 | +18.59 | | |
| 12/01/2024 | 756.00 | | | 756.00 | | | | | | 3,756.42 |
| 12/01/2024 | | | | 0.00 | | EOM BAL | 3,719.86 | 36.56 | 0.00 | 3,756.42 |
| 12/01/2024 | | | | -756.00 | | EOM | +756.00 | +14.81 | | |
| 11/01/2024 | 756.00 | | | 756.00 | | | | | | 2,985.61 |
| 11/01/2024 | | | | 0.00 | | EOM BAL | 2,963.86 | 21.75 | 0.00 | 2,985.61 |
| 11/01/2024 | | | | -756.00 | | EOM | +756.00 | +11.03 | | |
| 10/01/2024 | 756.00 | | | 756.00 | | | | | | 2,218.58 |
| 10/01/2024 | | | | 0.00 | | EOM BAL | 2,207.86 | 10.72 | 0.00 | 2,218.58 |
| 10/01/2024 | | | | -756.00 | | EOM | +756.00 | +7.25 | | |
| 09/01/2024 | 756.00 | | | 756.00 | | | | | | 1,455.33 |



**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

# Virginia DCSE Payment Record

May 01, 2025

Case Number: 0005304734

Date Range Selected: 05/01/2024 to 05/01/2025

| Payment Record Detail | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Support Type(s) Selected: Child Support | | | | Transactions | | Balances | | | |
| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
| 09/01/2024 | | | | 0.00 | | EOM BAL | 1,451.86 | 3.47 | 0.00 | 1,455.33 |
| 09/01/2024 | | | | -756.00 | | EOM | +756.00 | +3.47 | | |
| 08/01/2024 | 756.00 | | | 756.00 | | | | | | 695.86 |
| 08/01/2024 | | | | 0.00 | | EOM BAL | 695.86 | 0.00 | 0.00 | 695.86 |
| 08/01/2024 | | | | -695.86 | | EOM | +695.86 | | | |
| 07/01/2024 | 756.00 | 60.14 | C | 695.86 | | | | | | 0.00 |
| 07/01/2024 | | | | 0.00 | | EOM BAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/01/2024 | 756.00 | 756.00 | C | | | | | | | 0.00 |
| 06/01/2024 | | | | 0.00 | | EOM BAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/13/2024 | | 715.65 | A, I | | | | -670.40 | -45.25 | | 0.00 |
| 05/08/2024 | | 800.00 | A | | | | -800.00 | | | 715.65 |
| 05/06/2024 | | 772.14 | B | 0.00 | | | -16.14 | | | 1,515.65 |
| 05/01/2024 | 756.00 | | | 756.00 | | | | | | 1,531.79 |
| 05/01/2024 | | | | 0.00 | | EOM BAL | 1,486.54 | 45.25 | 0.00 | 1,531.79 |
| 05/01/2024 | | | | -756.00 | | EOM | +756.00 | +3.65 | | |



**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

May 01, 2025

Case Number: 0005304734

Date Range Selected: 05/01/2024 to 05/01/2025

| | Distribution and Transaction Code Definitions |
|---|---|
| A | Payment applied to Arrears |
| B | Payment applied to both Arrears and Current Support Charge |
| C | Payment applied to Current Support Charge |
| D | As a result of the 2005 Deficit Reduction Act, $35 is sent each federal fiscal year (Oct 1-Sep 30) to the federal government. This amount is deducted, after $550 has been paid, from next payment due to Parent/Custodian Receiving Support. |
| F | Payment applied to Fees |
| I | Payment applied to Interest |
| M | Payment applied to Miscellaneous |
| EOM BAL | Amount owed through the end of the prior month. |
| EOM | Adjustments to the amount owed through the end of the prior month or through the end of the prior Current Support Charge cycle. |
| DFEE | See definition of D above in Distribution column. |
| Subtotal | Amount owed through the last day of the prior month and is also the total amount owed as of the payment record created date. It does not include the Unpaid Current Support Charge balance. |